IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| BETTY JEAN MARTIN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | No. 1:13-cv-00021 |
| v. | ) ) | Judge Nixon |
| CAROLYN W. COLVIN,<br>Commissioner of Social Security, | ) ) ) | Magistrate Judge Brown |
| Defendant. | ) ) | |

## ORDER

Pending before the Court is Plaintiff Betty Jean Martin's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 12), filed with a Brief in Support (Doc. No. 12-1). Defendant Commissioner of Social Security filed a Response opposing the Motion (Doc. No. 15), to which Plaintiff filed a Reply (Doc. No. 16). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be denied. (Doc. No. 19 at 24.) The Report was filed on May 27, 2014, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **DENIES** Plaintiff's Motion and **AFFIRMS** the decision of the Commissioner. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the _1-7_ day of June, 2014.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT